**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |
|---|
| SARA MURRAY,<br><br>   *Plaintiff*,<br><br> v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   *Defendants*. |

Civil Action No. 26-0345 (UNA)

## MEMORANDUM OPINION

Complaints filed by *pro se* litigants are held to "less stringent standards" than those applied to pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief the pleader seeks. Fed. R. Civ. P. 8(a). This "does not require 'detailed factual allegations,' but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). This ensures the defendants have "notice of what the claim is and the grounds upon which it rests." *Twombly*, 550 U.S. at 555 (cleaned up).

Plaintiff's complaint fails to give minimum notice of any cognizable claim, whether under 42 U.S.C. § 1983 or RICO, against any of the myriad defendants, among whom are federal and state judges, court employees, members of Congress, assorted individuals, and the United States of America. Its vague and conclusory allegations of wrongdoing are insufficient to provide "notice

of what the claim is and the grounds upon which it rests." *Twombly*, 550 U.S. at 555 (cleaned up); *see also Jiggetts v. District of Columbia*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. District of Columbia*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017) (explaining that "a complaint that contains an untidy assortment of claims that are neither plainly nor concisely stated" does not "comport with the standards of Rule 8"). Neither of plaintiff's proposed amended complaints (ECF Nos. 5-1 and 13-1) clarifies the nature of plaintiff's purported legal claims or the alleged facts supporting them.

Plaintiff is granted leave to proceed *in forma pauperis* and to use her Address Confidentiality Program address. Because the complaint fails to comply with Rule 8(a), it will be dismissed without prejudice, and plaintiff's remaining motions will be denied without prejudice as moot. An Order is issued separately.

/s/
RUDOLPH CONTRERAS
United States District Judge

Date: April 27, 2026